IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **1:13cr107-MHT** |
| | ) | **(WO)** |
| **MILAS ANTWON GRANT, III** | ) | |

**OPINION**

Amendment 821 to the 2023 edition of the Sentencing Guidelines revised the guidelines applicable to calculation of criminal history with respect to offenders who earned status points based the commission of an offense while serving a criminal justice sentence, and offenders who had zero criminal history points at the time of sentencing. Following the United States Sentencing Commission's decision to give retroactive effect to these changes, this court established an Amendment 821 Screening Panel, consisting of representatives of the court, the office of the United States Attorney, the United States Probation Office, the Federal Defenders, and the clerk's office, to determine whether a defendant might

be eligible for a reduction of sentence.

Upon consideration of the recommendation of the Amendment 821 Screening Panel, entered January 11, 2024, and after an independent and de novo review of the record, the court adopts the Panel's recommendation and finds that defendant Milas Antwon Grant, III is eligible for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2); defendant Grant's criminal history category is reduced from IV to III; and defendant Grant's previously imposed sentence of imprisonment of 240 months (consisting of 120 months on counts 1 and 3, to be served concurrently, plus 120 months on count 2, to be served consecutively) will be reduced to 220 months (consisting of 100 months on counts 1 and 3, to be served concurrently, plus 120 months on count 2, to be served consecutively).

An appropriate order will be entered.

DONE, this the 11th day of January, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**