Case 1:13-cr-00107-MHT-CSC   Document 112   Filed 01/11/24   Page 1 of 1

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

United States of America )
v. )
MILAS ANTWON GRANT, III )
)   Case No: 1:13cr107-01-MHT
)   USM No: 14657-002
Date of Original Judgment: 06/25/2014 )
Date of Previous Amended Judgment: )   Donnie Bethel
*(Use Date of Last Amended Judgment if Any)*   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  240  months **is reduced to**  220  .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

This sentence consists of 100 months on counts 1 and 3, to be served concurrently and 120 months on count 2, to be served consecutively to counts 1 and 3.

Except as otherwise provided, all provisions of the judgment dated  07/18/2014 *  shall remain in effect.
**IT IS SO ORDERED**.                                   (*and imposed on 6/25/2014)

Order Date: 01/11/2024                                 /s/ Myron H. Thompson
                                                        *Judge's signature*

Effective Date: 02/01/2024                             MYRON H. THOMPSON, UNITED STATES DISTRICT JUDGE
*(if different from order date)*                        *Printed name and title*